[No. 22473-2-III.   Division Three.   December 23, 2004.]

*In the Matter of the Personal Restraint of* JACK GALBRATH
KUHNLE, JR., *Petitioner.*

Petition for relief from personal restraint. *Granted* by
unpublished per curiam opinion.

[No. 22496-1-III.   Division Three.   December 23, 2004.]

*In the Matter of the Personal Restraint of* MONTE ANDERSON,
*Petitioner.*

Petition for relief from personal restraint. *Granted* by
unpublished per curiam opinion.

[No. 22617-4-III.   Division Three.   December 23, 2004.]

*In the Matter of the Personal Restraint of* AARON ROBERT
SIMPSON, *Petitioner.*

Petition for relief from personal restraint. *Granted* by
unpublished per curiam opinion.

[No. 23424-0-III.   Division Three.   December 23, 2004.]

*In the Matter of the Personal Restraint of* MICHAEL
RYDHOLM, *Petitioner.*

Petition for relief from personal restraint. *Granted* by
unpublished per curiam opinion.

[No. 23636-6-III.   Division Three.   December 23, 2004.]

*In the Matter of the Personal Restraint of* ROSS C.
RENECKER, JR., *Petitioner.*

Petition for relief from personal restraint. *Granted* by
unpublished per curiam opinion.